71 F.3d 884
 Cheryl Maloof Johansen, Mildred D. Goldman, Oleeta D. Britt,
Gregory B. Richard, Raleigh M. Long, Sr., Clarence E.
Norman, Sr., Jerry L. Maloof, Lawrence S. Peeler, R. H.
Beckum, Samuel Clary McGill, Katherine McGill Lamar, Aubrey
G. McGill, Eugene H. McGill, Jr., Elizabeth Bevel McGill,
James Curtis McGill, Cherry McGill Rowland, Inez M.
McWhorter, Kathleen McGill Beggs, Walter Collins McGill, as
Administrator of A.C. McGill Estate and as Executor of
Lillian Inez Norman
 NO. 94-8774
 United States Court of Appeals,
Eleventh Circuit.
 Nov 22, 1995
 S.D.Ga., 67
 F.3d 314
 
 1
 DENIALS OF REHEARING EN BANC.